**WO**                                         MDR

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>           Plaintiff,<br><br>vs.<br><br>Jose Alfredo Pulido-Mejia,<br><br>           Defendant/Movant. | No. CV 12-2221-PHX-GMS (MEA)<br><br>CR 12-646-PHX-GMS<br><br>**ORDER** |

        On October 17, 2012, Movant Jose Alfredo Pulido-Mejia, who is confined in the United States Penitentiary-Victorville in Adelanto, California, filed a "Motion for Time Reduction by an Inmate in Federal Custody, (28 U.S.C. § 2255)." In a November 1, 2012 Order, the Court denied the Motion because it was not filed on a court-approved form and gave Movant 30 days to file an amended § 2255 motion on a court-approved form.

        On November 30, 2012, Movant filed a "Motion Requesting Extension of Time" (Doc. 5).

**I.    Pending Motion**

        In his Motion Requesting Extension of Time, Movant seeks an extension of time to comply with the November 1st Order, claiming that he was transferred twice and did not receive the Order until November 19, 2012. The Court, in its discretion, will grant the Motion and will give Movant an additional 30 days to comply with the November 1st Order.

. . . .

**JDDL**

## II. Warnings

### A. Address Changes

Movant must file and serve a notice of a change of address in accordance with Rule 83.3(d) of the Local Rules of Civil Procedure. Movant must not include a motion for other relief with a notice of change of address. Failure to comply may result in dismissal of this § 2255 action.

### B. Copies

Movant must submit an additional copy of every filing for use by the Court. *See* LRCiv 5.4. Failure to comply with this requirement may result in the filing being stricken without further notice to Movant.

### C. Possible Dismissal

If Movant fails to timely comply with every provision of the November 1st Order and this Order, including these warnings, the Court may dismiss this § 2255 action without further notice. *See Ferdik*, 963 F.2d at 1260-61 (a district court may dismiss an action for failure to comply with any order of the Court).

**IT IS ORDERED:**

(1) Movant's "Motion Requesting Extension of Time" (Doc. 5) is **granted**.

(2) Movant has **30 days** from the date of filing of this Order to file an amended motion in compliance with the November 1, 2012 Order and this Order.

. . . .

JDDL

- 2 -

1    (3)    If Movant fails to file an amended motion within 30 days, the Clerk of Court must, without further notice, terminate Document 29 in CR 12-646-PHX-GMS and enter a judgment of dismissal of the civil action opened in connection with this § 2255 action (CV 12-2221-PHX-GMS (MEA)), without prejudice.

Dated this 17th day of January, 2013.

*A. Murray Snow* (signature)

/G. Murray Snow
United States District Judge